PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
OWEN ROTH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (16) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

DEC 21 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO VILLA,<br>PATRICK BOTELLO,<br>JOSHUA SIMS,<br>MERCEDEZ SILVA-SIMS,<br>ASHLEY HABASH, and<br>BRENDA MIRANDA,<br>Defendants. | Case No.<br><br>2:17-CR-00234 TLN<br><br>ORDER TO SEAL<br><br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney OWEN ROTH to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: Dec. 21, 2017

_____
DEBORAH L. BARNES
United States Magistrate Judge

Order to Seal Indictment