SEALED

1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   OWEN ROTH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2700
5  Facsimile:  (16) 554-2900

FILED

FEB 0 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,        )   Case No. 2:17-CR-0234 TLN
                                    )
12              Plaintiff,          )
                                    )
13     v.                           )   PETITION TO SEAL APPLICATION FOR
                                    )   WRIT OF HABEAS CORPUS AND WRIT OF
14 RICARDO VILLA, ET AL,            )   HABEAUS CORPUS
                                    )
15              Defendants.         )
                                    )
16                                  )
                                    )
17 _____  )

18     The Court hereby orders that the Application for Writ of Habeas Corpus and Writ of Habeas

19 Corpus, the Petition to Seal of Assistant United States Attorney OWEN ROTH, and this Order, in the

20 above-referenced case, shall be sealed until further order of the Court.

21

22

23   Dated:  Feb 9, 2018              _____
                                      KENDALL J. NEWMAN
24                                    United States Magistrate Judge

Order to Seal Indictment