

|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | JUSTIN L. LEE |
|   | OWEN ROTH |
| 3 | Assistant United States Attorneys |
|   | 501 I Street, Suite 10-100 |
| 4 | Sacramento, California  95814 |
|   | Telephone: (916) 554-2700 |
| 5 | Facsimile:  (16) 554-2900 |

FEB 0 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-0234 TLN |
|---|---|
| Plaintiff, | ) |
| v. | ) PETITION TO SEAL APPLICATION FOR |
|   | ) WRIT OF HABEAS CORPUS AND WRIT OF |
| PATRICK BOTELLO, ET AL, | ) HABEAUS CORPUS |
| Defendants. | ) |

The Court hereby orders that the Application for Writ of Habeas Corpus and Writ of Habeas Corpus, the Petition to Seal of Assistant United States Attorney OWEN ROTH, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: Feb 9, 2018

_____
KENDALL J. NEWMAN
United States Magistrate Judge

Order to Seal Indictment