UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 14, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ASHLEY HABASH, )<br>)<br>Defendant. ) | Case No. 2:17-cr-00234-TLN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, ASHLEY HABASH, Case No. 2:17-cr-00234-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $25,000.00.

        _X_ Unsecured Appearance Bond

        ___ Secured Appearance Bond

        _X_ (Other) Conditions as stated on the record.

        ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 2/14/2018 at 2:54 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge