1  McGREGOR W. SCOTT
United States Attorney
2  OWEN ROTH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NOS.  2:17-CR-196; 2:17-CR-219;
                                        2:17-CR-222; 2:17-CR-234; 2:18-CR-009;
12                        Plaintiff,     2:18-CR-010; 2:18-CR-034; 2:18-CR-035;
                                        2:18-CR-036; 2:18-CR-038; 2:18-CR-044;
13              v.                       2:18-CR-054

14  JUSTIN JOHNSON et al.,               STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
15                        Defendants.    FINDINGS AND ORDER

16                                       DATE: July 16, 2018
                                        COURT: Hon. Troy L. Nunley
17

18                                **STIPULATION**

19       1.     This stipulation concerns the twelve indicted cases noted in the caption, which all arise

20  out of a common investigation.  The twelve cases concern twenty-seven different defendants, who are

21  each identified in connection with their respective counsel in the signature pages of this stipulation.

22       2.     By previous order, each of the twelve matters was set for status conferences in July and

23  August 2018.  (Case number 2:18-cr-037 was recently dismissed because the defendant, Asencion

24  Jimenez, has passed away.)

25       3.     By this stipulation, the Government and counsel for the defendants now move to continue

26  the status conferences to a series of new dates at 9:30 a.m., as follows:

27            a)     Case number 2:17-cr-196: continue from July 19, 2018 to November 15, 2018

28            b)     Case number 2:17-cr-219: continue from July 19, 2018 to November 15, 2018

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

c)      Case number 2:18-cr-036: continue from July 19, 2018 to November 15, 2018.

d)      Case number 2:18-cr-038: continue from July 19, 2018 to November 15, 2018.

e)      Case number 2:17-cr-222: continue from July 26, 2018, to November 29, 2018.

f)      Case number 2:18-cr-009: continue from July 26, 2018, to November 29, 2018

g)      Case number 2:18-cr-044: continue from August 2, 2018, to December 6, 2018.

h)      Case number 2:17-cr-234: continue from August 2, 2018, to December 6, 2018.

i)      Case number 2:18-cr-010: continue from August 16, 2018, to December 13, 2018.

j)      Case number 2:18-cr-034: continue from August 16, 2018, to December 13, 2018.

k)      Case number 2:18-cr-035: continue from August 16, 2018, to December 13, 2018.

l)      Case number 2:18-cr-054: continue from August 16, 2018, to December 13, 2018.

4.      The parties to each of the foregoing cases also move to exclude time between the current status conference dates and the proposed status-conference dates, as detailed in Paragraph 3, under Local Codes T2 and T4.

5.      The parties agree and stipulate, and request that the Court find the following:

a)      As of this stipulation, the Government has produced more than 400 pages of written discovery to the defendants as a group, as well as 45 DVDs containing audio and visual surveillance recordings.  (Each defendant has also received a copy of his or her criminal history, if one exists, and a small amount of additional written discovery has been produced to a subset of defendants.)  The Government has also prepared several thousand additional pages of discovery and is producing them to the discovery coordinator presently; it has obtained a protective order permitting disclosure of un-redacted copies of certain search warrants and court orders; it has identified additional audio and video discs that is presently producing; and it is continuing to review documents to produce.

b)      At this time, the Government understands that the previously appointed discovery-coordination attorney (the "DCA") will begin processing the discovery that the Government is producing (as noted in the foregoing paragraph) and making it available to defense counsel.  In the meantime, it is available for inspection upon request.

c)      At this time, Counsel for the defendants desire additional time to review the

discovery that has been distributed and is now being distributed by the DCA.  This review will enable counsel to begin reviewing the charges against their respective clients, conduct ancillary research, and consult with their respective clients on how to proceed in their cases.

d)      Counsel for the defendants believe that failure to grant the above-requested continuances would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuances.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      Further, given that the discovery in this case arises from a single investigation and is being produced to the twenty-six defendants in the noted twelve cases, the Court has previously designated the matter as "complex" for the purpose of providing an exclusion of time under Local Code T2.  The parties submit that the foregoing stipulation provides a continued basis for such an exclusion.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time periods between the present status conferences and the proposed status conferences, noted in Paragraph 3 of this stipulation, inclusive, are deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because they result from continuances granted by the Court at the defendants' requests on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in speedy trials.

i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time periods between the present status conferences and the proposed status conferences, noted in Paragraph 3 of this stipulation, inclusive, are deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (ii) because they result from continuances granted by the Court at defendants' requests on the basis of the Court's finding that the matters are sufficiently complex that it would be unreasonable to expect adequate

1    preparation absent the exclusions of time.

2        6.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

3    Speedy Trial Act dictate that additional time periods are excludable from the periods within which trials

4    must commence.

5        IT IS SO STIPULATED.

6    Dated:  July 16, 2018                          McGREGOR W. SCOTT
                                                     United States Attorney
7

8                                                   /s/ OWEN ROTH
                                                    _____
9                                                   OWEN ROTH
                                                    Assistant United States Attorney
10

11   **For continuance to November 15, 2018:**

12   Dated:  July 16, 2018                          /s/ JEROME PRICE
                                                    _____
13                                                  JEROME PRICE
                                                    Counsel for Defendant Justin Johnson
14                                                  Case No. 2:17-cr-196

15   Dated:  July 16, 2018                          /s/ JESSICA GRAVES
                                                    _____
16                                                  JESSICA GRAVES
                                                    Counsel for Defendant Erica Umbay
17                                                  Case No. 2:17-cr-219

18   Dated:  July 16, 2018                          /s/ CHRISTOPHER R. COSCA
                                                    _____
19                                                  CHRISTOPHER R. COSCA
                                                    Counsel for Defendant Stephanie Lavan
20                                                  Case No. 2:18-cr-036

21   Dated:  July 16, 2018                          /s/ TONI LASHAY WHITE
                                                    _____
22                                                  TONI LASHAY WHITE
                                                    Counsel for Defendant Daisy Gonzalez
23                                                  Case No. 2:18-cr-038

24   Dated:  July 16, 2018                          /s/ MICHAEL CHASTAINE
                                                    _____
25                                                  MICHAEL CHASTAINE
                                                    Counsel for Def. Jose Heredia-Trinidad
26                                                  Case No. 2:18-cr-038

27

28

**For continuance to November 29, 2018:**

Dated:  July 16, 2018

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant Aldo Arellano
Case No. 2:17-cr-222

Dated:  July 16, 2018

/s/ KELLY BABINEAU
KELLY BABINEAU
Counsel for Defendant Rachel Felix
Case No. 2:17-cr-222

Dated:  July 16, 2018

/s/ TASHA P. CHALFANT
TASHA P. CHALFANT
Counsel for Defendant Raul Barajas
Case No. 2:18-cr-009

Dated:  July 16, 2018

/s/ ALIN CINTEAN
ALIN CINTEAN
Counsel for Def. Israel Covarrubias
Case No. 2:18-cr-009

Dated:  July 16, 2018

/s/ MICHAEL E. HANSEN
MICHAEL E. HANSEN
Counsel for Defendant Milton Escobedo
Case No. 2:18-cr-009

Dated:  July 16, 2018

/s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Def. Jose Madrigal-Vega
Case No. 2:18-cr-009

Dated:  July 16, 2018

/s/ PHILIP COZENS
PHILIP COZENS
Counsel for Defendant Victor Magana
Case No. 2:18-cr-009

Dated:  July 16, 2018

/s/ ROBERT M. WILSON
ROBERT M. WILSON
Counsel for Defendant Trevor White
Case No. 2:18-cr-009

1    **For continuance to December 6, 2018:**

2    Dated:  July 16, 2018                          /s/ SHARI RUSK
                                                     SHARI RUSK
3                                                    Counsel for Defendant Michael Do
                                                     Case No. 2:18-cr-044
4

5    Dated:  July 16, 2018                          /s/ STEPHEN B. PLESSER
                                                     STEPHEN B. PLESSER
6                                                    Counsel for Defendant Patrick Botello
                                                     Case No. 2:17-cr-234
7

8    Dated:  July 16, 2018                          /s/ DAVID M. GARLAND
                                                     DAVID M. GARLAND
9                                                    Counsel for Defendant Ashley Habash
                                                     Case No. 2:17-cr-234
10

11   Dated:  July 16, 2018                          /s/ J. TONEY
                                                     J. TONEY
12                                                   Counsel for Defendant Brenda Miranda
                                                     Case No. 2:17-cr-234
13

14

15   Dated:  July 16, 2018                          /s/ DAVID D. FISCHER
                                                     DAVID D. FISCHER
16                                                   Counsel for Def. Mercedez Silva-Sims
                                                     Case No. 2:17-cr-234
17

18   Dated:  July 16, 2018                          /s/ DINA L. SANTOS
                                                     DINA L. SANTOS
19                                                   Counsel for Defendant Ricardo Villa
                                                     Case No. 2:17-cr-234
20

21   Dated:  July 16, 2018                          /s/ KYLE R. KNAPP
                                                     KYLE R. KNAPP
22                                                   Counsel for Defendant Joshua Sims
                                                     Case No. 2:17-cr-234
23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                    6
PERIODS UNDER SPEEDY TRIAL ACT

**For continuance to December 13, 2018:**

Dated:  July 16, 2018        /s/ TODD D. LERAS
TODD D. LERAS
Counsel for Defendant Edgar Jimenez
Case No. 2:18-cr-010

Dated:  July 16, 2018        /s/ CLYDE BLACKMON
CLYDE BLACKMON
Counsel for Defendant James Masterson
Case No. 2:18-cr-010

Dated:  July 16, 2018        /s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant Reggie Pajimola
Case No. 2:18-cr-010

Dated:  July 16, 2018        /s/ KYLE R. KNAPP
KYLE R. KNAPP
Counsel for Defendant Joshua Sims
Case No. 2:18-cr-010

Dated:  July 16, 2018        /s/ TIMOTHY E. WARRINER
TIMOTHY E. WARRINER
Counsel for Defendant John Lemus
Case No. 2:18-cr-034

Dated:  July 16, 2018        /s/ MICHAEL B. BIGELOW
MICHAEL B. BIGELOW
Counsel for Defendant Carlos Martinez
Case No. 2:18-cr-035

Dated:  April 13, 2018        /s/ RONALD PETERS
RONALD PETERS
Counsel for Def. Blas Gonzalez-Ramirez
Case No. 2:18-cr-054

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of July, 2018.

Troy L. Nunley
United States District Judge