McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>RICARDO VILLA,<br>PATRICK BOTELLO,<br>JOSHUA SIMS,<br>MERCEDEZ SILVA-SIMS,<br>ASHLEY HABASH, AND<br>BRENDA MIRANDA,<br><br>                              Defendants. | CASE NO.  2:17-CR-00234-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 28, 2019<br>TIME:  9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for status on February 28, 2019.

2.      By this stipulation, defendants now move to continue the status conference until May 23, 2019, at 9:30 a.m., and to exclude time between February 28, 2019, and May 23, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone

conversations.  All of this discovery has been produced directly to counsel.

b)      Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 28, 2019, to May 23, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  February 25, 2019                           McGREGOR W. SCOTT
                                                    United States Attorney


                                                    /s/ JUSTIN L. LEE
                                                    JUSTIN L. LEE
                                                    Assistant United States Attorney

Dated:  February 25, 2019                    /s/ DINA SANTOS
_____
                                             DINA SANTOS
                                             (as authorized on February 21, 2019)
                                             Counsel for Defendant
                                             Ricardo Villa

Dated:  February 25, 2019                    /s/ OLAF HEDBERG
_____
                                             OLAF HEDBERG
                                             (as authorized on February 25, 2019)
                                             Counsel for Defendant
                                             Patrick Botello

Dated:  February 25, 2019                    /s/ KYLE KNAPP
_____
                                             KYLE KNAPP
                                             (as authorized on February 25, 2019)
                                             Counsel for Defendant
                                             Joshua Sims

Dated:  February 25, 2019                    /s/ DAVID FISCHER
_____
                                             DAVID FISCHER
                                             (as authorized on February 25, 2019)
                                             Counsel for Defendant
                                             Mercedez Silva-Sims

Dated:  February 25, 2019                    /s/ DAVID GARLAND
_____
                                             DAVID GARLAND
                                             (as authorized on February 25, 2019)
                                             Counsel for Defendant
                                             Ashley Habash

Dated:  February 25, 2019                    /s/ J. TONEY
_____
                                             J. TONEY
                                             (as authorized on February 22, 2019)
                                             Counsel for Defendant
                                             Brenda Miranda

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 26th day of February, 2019.


_____
Troy L. Nunley
United States District Judge