McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00234-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PATRICK BOTELLO, MERCEDEZ SILVA-SIMS, ASHLEY HABASH, AND BRENDA MIRANDA, | DATE: May 23, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on May 23, 2019.

2. By this stipulation, defendants now move to continue the status conference until September 26, 2019, at 9:30 a.m., and to exclude time between May 23, 2019, and September 26, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone

conversations.  All of this discovery has been produced directly to counsel.

        b)     Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

        c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 23, 2019, to September 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 21, 2019                       McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ JUSTIN L. LEE
                                            JUSTIN L. LEE
                                            Assistant United States Attorney

| | | |
|---|---|---|
| 1 | Dated: May 21, 2019 | /s/ OLAF HEDBERG |
| 2 | | OLAF HEDBERG |
| | | (as authorized on May 21, 2019) |
| 3 | | Counsel for Defendant |
| | | Patrick Botello |
| 4 | Dated: May 21, 2019 | /s/ DAVID FISCHER |
| | | DAVID FISCHER |
| 5 | | (as authorized on May 21, 2019) |
| | | Counsel for Defendant |
| 6 | | Mercedez Silva-Sims |
| | Dated: May 21, 2019 | /s/ DAVID GARLAND |
| 7 | | DAVID GARLAND |
| | | (as authorized on May 21, 2019) |
| 8 | | Counsel for Defendant |
| | | Ashley Habash |
| 9 | Dated: May 21, 2019 | /s/ J. TONEY |
| | | J. TONEY |
| 10 | | (as authorized on May 21, 2019) |
| | | Counsel for Defendant |
| | | Brenda Miranda |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 21st day of May, 2019.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3