McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00234-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MERCEDEZ SILVA-SIMS, AND ASHLEY HABASH, | DATE: March 26, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on March 26, 2020.

2. By this stipulation, defendants now move to continue the status conference until June 11, 2020, at 9:30 a.m., and to exclude time between March 26, 2020, and June 11, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

   b) Defense counsel desires additional time to review the discovery,

conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 26, 2020, to June 11, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 24, 2020                    McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

| | |
|---|---|
| Dated: March 24, 2020 | /s/ DAVID FISCHER <br> DAVID FISCHER <br> (as authorized on March 23, 2020) <br> Counsel for Defendant <br> Mercedez Silva-Sims |
| Dated: March 24, 2020 | /s/ DAVID GARLAND <br> DAVID GARLAND <br> (as authorized on March 23, 2020) <br> Counsel for Defendant <br> Ashley Habash |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 24th day of March, 2020.

_____
Troy L. Nunley
United States District Judge