McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICARDO VILLA,<br>PATRICK BOTELLO,<br>MERCEDEZ SILVA-SIMS, AND<br>ASHLEY HABASH,<br><br>  Defendants. | CASE NO. 2:17-CR-00234-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 17, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on December 17, 2020.

2. By this stipulation, defendants now move to continue the status conference until February 18, 2021, at 9:30 a.m., and to exclude time between December 17, 2020, and February 18, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

   b) Defense counsel desires additional time to review the discovery,

conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

      c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 17, 2020, to February 18, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 14, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

| | |
|---|---|
| Dated: December 14, 2020 | /s/ DAVID FISCHER<br>DAVID FISCHER<br>Counsel for Defendant<br>Mercedez Silva-Sims |
| Dated: December 14, 2020 | /s/ DAVID GARLAND<br>DAVID GARLAND<br>Counsel for Defendant<br>Ashley Habash |
| Dated: December 14, 2020 | /s/ DINA SANTOS<br>DINA SANTOS<br>Counsel for Defendant<br>Ricardo Villa |
| Dated: December 14, 2020 | /s/ ETAN ZAITSU<br>ETAN ZAITSU<br>Counsel for Defendant<br>Patrick Botello |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 15th day of December, 2020.

_____
Troy L. Nunley
United States District Judge